RCVD BY EEOC: JANUARY 19, 2024

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 563-2024-01385 |

**Kansas Human Rights Commission** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Bret Stevenson | (816) 804-2760 | 05-20-1991 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1312 Western Hills Dr. | Papillion, NE 68046 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Sethmar Transportation | 201+ | (913) 884-1244 |

| Street Address | City, State and ZIP Code |
|---|---|
| 6330 Sprint Pkwy. #100 | Overland Park, KS 66211 |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: July/August 2023
Latest: August 2, 2023

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Following my graduation from college in 2013, I established a career in the trucking industry over the course of the next decade of my life. I worked my way up at CH Robinson from Buyer to Capacity Account Manager. After that, I accepted the position of Director of Capacity at Clear Vision Logistics.

In or about May and/or June 2023, Mike and Andy Tuley, two of my former colleagues at CH Robinson, notified me about a Capacity Account Manager job opening at Sethmar Transportation, LLC ("Sethmar") in Overland Park, KS. Mike was the Vice President of Operations and Andy was the President at Sethmar at the time. I was told that the job would allow me to work remotely from my home most of the time but I would travel to Kansas for work a few times per month.

In or about June 2023, my discussions with Sethmar regarding the job opening progressed and Sethmar indicated to me that it was hiring me in a Capacity Account Manager position. My starting pay in the position was $70,000 plus commissions, and my direct supervisor was Dan Rock, the Director of Carrier Sales.

In or about mid-to-late June and/or early July 2023, I travelled to Kansas where I spent about three days getting situated in my new position at Sethmar and obtaining a laptop and other equipment so that I could work remotely from my home. During this time, a Sethmar email address was set up for me, as was other login information for my computer and software needed to perform my job duties.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 01/18/2024<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)  01/18/2024<br>GENERAL NOTARY - State of Nebraska<br>NISCHAL KOIRALA<br>My Comm. Exp. May 16, 2026 |

Page 1 of 3

EEOC Form 5 (11/09) (continued)

In or about late June 2023, I was diagnosed with alcohol use disorder ("AUD"). AUD is a physical and/or mental impairment which limits my ability to perform one or more daily life activities, including, but not limited to, my ability to socialize, work, and/or sleep.

In or about late June and/or early July 2023, I informed Sethmar that I was struggling with AUD and that I was planning to seek medical treatment for my alcohol addiction at a rehabilitation facility in Omaha, NE called Northpoint from on or about July 3, 2023 through on or about July 30, 2023. Sethmar initially acknowledged that I would be on leave from work during that time period and indicated to me that it had no issue with my leave of absence I was going to take in order take care of myself and my family.

In or about late June and/or early July 2023, Sethmar terminated Dan's employment and hired Ryan Mize as Director of Carrier Sales.

Shortly before leaving for Northpoint on July 3rd, Sethmar instructed me to ship my laptop back to them for "recalibration". At that time, Sethmar notified me that they were laying me off but they would rehire me and I would have a job when I returned to work after seeking medical treatment at Northpoint.

From July 3, 2023 to July 30, 2023, I obtained medical treatment at Northpoint for my AUD. Sethmar paid me for two weeks while I was at Northpoint.

In or about late July 2023, towards the end of my stay at Northpoint, I reached out to Mike to confirm that I was going to return to work at Sethmar on July 31, 2023. Mike responded by saying that he would love for me to come back but that I needed to speak with Ryan. When I tried to contact Ryan several times, he did not respond.

On or about August 1, 2023, I was finally able to get ahold of Ryan over the phone. During this phone call, Ryan informed me that I did not have a job at Sethmar any longer. I indicated to Mike Tuley that I wished I would have known this earlier and that I could have lined up another job to work in following rehab if I had been provided proper notice. Mike indicated to me that he was not expecting this and that he would talk to Ryan the next morning. I indicated to Mike that Ryan told me that the decision had been made by everyone.

On or about August 2, 2023, I indicated to Ryan that I was even willing to take a pay reduction in my base salary to $50,000 if Sethmar would allow me to return to work and continue my employment immediately. Ryan responded to me by indicating that he would prefer someone working in the office full time, that he knows it puts me in a "shitty spot" trying to get paid as quickly as possible, it was a tough decision on what was best for the business, and he is sorry.

I have a small family consisting of my wife and two young children. This has been a very difficult time in my life for the reasons stated above. Sethmar's termination of my employment and/or rescinding of its job offer to me has needlessly caused me to incur substantial financial losses and has significantly added to my emotional distress during this time.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 01/18/2024 Date — Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) 01/18/2024 — GENERAL NOTARY - State of Nebraska NISCHAL KOIRALA My Comm. Exp. May 16, 2026 |

EEOC Form 5 (11/09) (continued)

I believe that Sethmar has failed to accommodate my disability or perceived disability and discriminated against me on the basis of my disability or perceived disability.

This charge should be deemed to be notice to all of Respondent's affiliates, officers, and the supervisors who interacted with me. These persons acted directly in each other's interests with respect to my employment and aided, abetted, incited, and/or compelled one another's acts. I am filing this charge individually and on behalf of all persons similarly situated. Based on information and belief, Respondent has engaged in a pattern and practice of failure to accommodate and discrimination. This description is a summary of the events highlighting several key points, and I reserve the right to add to or amend my allegations at a later time, including in litigation. What is stated herein is part of an ongoing, continual, and inter-related pattern and series of discriminatory acts. I am filing this charge without prejudice to any rights I may have under any other laws of Missouri or any other jurisdiction.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 01/18/2024<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)<br>01/18/2024<br>GENERAL NOTARY - State of Nebraska<br>NISCHAL KOIRALA<br>My Comm. Exp. May 16, 2026 |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.