**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Kansas City Area Office
400 State Ave, Suite 905
Kansas City, KS 66101
(913) 340-8810
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 02/13/2024

**To:** Bret Stevenson
1312 Western Hills Drive
Papillion, NE 68046

Charge No: 563-2024-01385

EEOC Representative and email:   Natascha DeGuire
Area Director
natascha.deguire@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 563-2024-01385.

On behalf of the Commission,

Digitally Signed By: Natascha DeGuire
02/13/2024
Natascha DeGuire
Area Office Director

**Cc:**
Adam Gasper
Sethmar Transportation
6330 Sprint Parkway Suite 100
Overland Park, KS 66211

Melissa Murphy
Murphy, Kinney, & Sumy, LLC
406 W 34th Street Suite 816
Kansas City, MO 64111

Kyle Murphy
Murphy, Kinney, & Sumy, LLC,
406 W 34th Street Suite 816
Kansas City, MO 64111

Please retain this notice for your records.